UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESPERANZA DIAZ DEL CASTILLO,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,

Defendants.

CASE NO. C05-1122JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Pursuant to Fed. R. Civ. P. 15(a), a party may amend a pleading as a matter of course if amended before a responsive pleading is served. Therefore, Plaintiff's Petition to Amend Complaint (Dkt. # 12) is GRANTED. Plaintiff shall file her First Amended Complaint within 30 days of the date of this order.

Plaintiff, in her motion, asks the court to confirm the status of service on Defendants. This is not the responsibility of the court and it declines to do so. The court notes that as of the date of this order, there is no evidence that any Defendant has been properly served. Plaintiff is reminded of the provisions of Fed. R. Civ. P. 4(m).

Filed and entered this 21st day of November, 2005.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
     Deputy Clerk

MINUTE ORDER