UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESPERANZA DIAZ DEL CASTILLO,

Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,

Defendants.

CASE NO. C05-1122JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Because Plaintiff has obtained *in forma pauperis* status under 28 U.S.C. § 1915, an officer of the court must effect service of her amended complaint.

Unfortunately, Plaintiff's complaint creates ambiguity about who the Defendants are. Plaintiff has named the Washington State Department of Social and Health Services as a Defendant in the caption of her action, and has included the designation "et al." Her complaint, however, names only Washington's Attorney General, Rob McKenna, as a Defendant. Her complaint for employment discrimination, however, does not suggest that the Attorney General or his office have any involvement as Defendants. The court therefore assumes that Plaintiff named the Attorney General because he is the statutorily designated agent for service of process on the State of Washington under RCW § 4.92.020.

MINUTE ORDER

1
2
3
4
5
6
7

The court thus directs the clerk to mail a request for waiver of service in accordance with Fed. R. Civ. P. 4(d) to the Attorney General of the State of Washington as the designated agent for service of process upon the Washington Department of Social and Health Services.  The clerk shall include a copy of this order with the request for waiver of service.  If the Attorney General does not agree to waive service, the court will direct the United States Marshal to effect service in accordance with RCW § 4.92.020.

8

Filed and entered this 22nd day of December, 2005.

9
10

BRUCE RIFKIN, Clerk

11
12

By   s/Mary Duett
     Deputy Clerk

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MINUTE ORDER