UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESPERANZA DIAZ DEL CASTILLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>　　　　　　Defendants. | CASE NO. C05-1122JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Ms. Del Castillo's "Motion for a New Schedule and Clarification of Issues Addressed in Two Pieces of Mail" (Dkt. # 55). The court GRANTS in part and DENIES in part Ms. Del Castillo's motion.

Ms. Del Castillo represents that she did not receive notification by mail of the court's orders of January 4, 2007 (Dkt. ## 53, 54) until January 13 and 18, 2007.[1] Due to

---

[1] According to the docket, the clerk of the court promptly mailed Ms. Del Castillo paper copies of the two orders (Dkt. ## 53, 54). Ms. Del Castillo acknowledges that the orders were postmarked on January 5, 2007, however, she contends that there was some unexplained delay in her receipt of this mail.

MINUTE ORDER – 1

this apparent delay, Ms. Del Castillo failed to comply with the court's January 18, 2007 deadline for the submission of 25 interrogatories to DSHS, as provided by the court's January 4, 2007 order (Dkt. # 53).  In light of Ms. Del Castillo's representation, the court will permit her to submit the 25 interrogatories to DSHS no later than February 5, 2007.  This deadline is consistent with the court's January 4, 2007 minute order, establishing that discovery shall be completed by February 26, 2007.

The court denies Ms. Del Castillo's remaining requests.  Ms. Del Castillo requests that the court alter the case management schedule as set forth in its minute order of January 4, 2007.  The court denies this request.  Mindful of the fact that Ms. Del Castillo is proceeding pro se, the court has granted Ms. Del Castillo ample leeway to bring her pursuit of this case into compliance with the Federal Rules of Civil Procedure and this court's local rules.  Nearly one and a half years have passed since Ms. Del Castillo filed suit on June 29, 2005.  It is time that this case proceed to trial.

Ms. Del Castillo also requests that the court reconsider its decision to compel her to appear for a deposition at DSHS's behest in Olympia, Washington.  The court likewise denies this request.  Ms. Del Castillo contends that, in part due to her inability to access her email account, she has not yet received communication from DSHS to schedule this deposition.  As evidenced by the notice of service of process that Ms. Del Castillo attached to her motion, she is in possession of DSHS counsel's phone number.  Ms. Del Castillo shall promptly telephone DSHS counsel to schedule a mutually convenient date for the taking of her deposition.  The court reminds Ms. Del Castillo that should she refuse to appear for a deposition, she will be acting in violation of the court's protective order, exposing her to sanctions or other negative consequences.

Finally, the court cautions Ms. Del Castillo that in the future the court will not tolerate delays due to apparent lapses in the delivery of mail.  It is the court's expectation

MINUTE ORDER – 2

that mail sent from Seattle, Washington to Fullerton, California is received within three to four days of its postmark. It is Ms. Del Castillo's responsibility to ensure that she promptly reviews incoming mail. The court will not make further allowances.

Filed and entered this 25th day of January, 2007.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER – 3